UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNEZ HUNTER,<br><br>     Plaintiff,<br><br>     v.<br><br>SCOTT P. RAWERS, et al.,<br><br>     Defendants. | 1: 03 CV F- 6271 OWW DLB P<br><br>ORDER DENYING MOTION TO PROCEED IN DEFAULT AS MOOT<br>[DOC #56] |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  Judgment in this action was entered on December 29, 2004. On January 24, 2005, Plaintiff filed a Notice of Appeal.  On February 28, 2005, Plaintiff filed a Motion for Leave to Proceed in Default.  Plaintiff's motion is HEREBY DENIED AS MOOT as there is no action pending before this Court.  The Clerk of the Court is DIRECTED to forward a copy of this motion to the Court of Appeals for th Ninth Circuit.

IT IS SO ORDERED.

**Dated:    May 13, 2005**                              **/s/ Dennis L. Beck**
3b142a                                                        UNITED STATES MAGISTRATE JUDGE